PHILLIP A. TALBERT
United States Attorney
JESSICA A. MASSEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:22-CR-00244-JLT-SKO |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER |
| v. | |
| EDUARDO CASTELLANOS, | CURRENT DATE: November 30, 2022 |
| Defendant. | TIME: 1:00 p.m.<br>COURT: Hon. Sheila K. Oberto |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.  By previous order, this matter was set for status on November 30, 2022.

2.  By this stipulation, defendant now moves to continue the status conference until March 29, 2023, and to exclude time between November 30, 2022, and March 29, 2023, pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4].

3.  If the case does not resolve with a plea and defendant proceeds to trial, the parties agree and stipulate and request that the Court find the following:

    a) The government asserts the discovery associated with this case includes reports, photographs, and recordings. Initial discovery has been provided to counsel. The government is aware of its ongoing discovery obligations.

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

    b)  The government is amendable to providing a plea offer if defendant requests one.

    c)  Counsel for defendant desires additional time to consult with his client, to review the current charges, to conduct investigation and research related to the charges, to review and/or copy discovery for this matter, to discuss potential resolutions with his client, to prepare pretrial motions, and to otherwise prepare for trial.

    d)  Counsel for defendant believes that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    e)  The government does not object to the continuance.

    f)  Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    g)  For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of November 30, 2022 to March 29, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4], because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

  4.  Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  November 21, 2022        PHILLIP A. TALBERT
                   United States Attorney

                   /s/ JESSICA A. MASSEY
                   JESSICA A. MASSEY
                   Assistant United States Attorney

Dated:  November 21, 2022

/s/ MARK W. COLEMAN
MARK W. COLEMAN
Counsel for Defendant
EDUARDO CASTELLANOS

## FINDINGS AND ORDER

For the reasons set forth in the parties' stipulation, the Court shall continue the status conference until March 29, 2023, and exclude time between November 30, 2022, and March 29, 2023, pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4].  The Court finds the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:  **November 22, 2022**

/s/ *Erica P. Grosjean*
UNITED STATES MAGISTRATE JUDGE