PHILLIP A. TALBERT
United States Attorney
JESSICA A. MASSEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> EDUARDO CASTELLANOS, <br><br> Defendant. | CASE NO. 1:22-CR-00244-JLT-SKO <br><br> STIPULATION TO CONTINUE CHANGE OF PLEA HEARING AND EXCLUDE TIME; ORDER <br><br> CURRENT DATE: March 20, 2023 <br> TIME: 10:00 AM <br> COURT: Hon. Jennifer L. Thurston |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for change of plea hearing on March 20, 2023.

2. By this stipulation, defendant now moves to continue the change of plea hearing until May 8, 2023, and to exclude time between March 20, 2023, and May 8, 2023, pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4].

3. If the case does not resolve with a plea and defendant proceeds to trial, the parties agree and stipulate and request that the Court find the following:

   a) The government asserts the discovery associated with this case has been provided. The government is aware of its ongoing discovery obligations.

   b) The government has provided a plea offer to the defendant.

      c)      Counsel for defendant desires additional time to consult with his client, to review the current charges, to conduct investigation and research related to the charges, to review and/or copy discovery for this matter, to discuss potential resolutions with his client, to prepare pretrial motions, and to otherwise prepare for trial.

      d)      Counsel for defendant believes that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      e)      The government does not object to the continuance.

      f)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      g)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 20, 2023 to May 8, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4], because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  March 14, 2023                        PHILLIP A. TALBERT
                                                United States Attorney

                                                /s/ JESSICA A. MASSEY
                                                JESSICA A. MASSEY
                                                Assistant United States Attorney

Dated: March 14, 2023

/s/ MARK W. COLEMAN
MARK W. COLEMAN
Counsel for Defendant
EDUARDO CASTELLANOS

**[~~PROPOSED~~] FINDINGS AND ORDER**

IT IS SO FOUND.

IT IS SO ORDERED.

Dated:   **March 15, 2023**

UNITED STATES DISTRICT JUDGE

STIPULATION TO CONTINUE CHANGE OF PLEA HEARING AND EXCLUDE TIME

3