MARK W. COLEMAN #117306
LAW OFFICE OF MARK W. COLEMAN
2344 Tulare Street, Suite 200
Fresno, California 93721
P: (559) 552-8800
F: (559) 475-9328

Attorneys for Defendant
　　　　EDUARDO CASTELLANOS

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>EDUARDO CASTELLANOS,<br><br>　　　　　　　Defendant. | Case No.: 1:22-CR-00244-JLT-SKO<br><br>**STIPULATION TO CONTINUE CHANGE OF PLEA HEARING AND ORDER**<br><br>Date: May 8, 2023<br>Time: 10:00 a.m.<br>Judge: Jennifer L. Thurston |

**IT IS HEREBY STIPULATED** and agreed by and between attorneys for the respective clients that the Change of Plea hearing currently on calendar for May 8, 2023, at 10:00 a.m., be continued to May 22, 2023, at 10:00 a.m., or as soon thereafter as is convenient to the court's calendar.

This continuance is requested by counsel for Defendant due to the fact that counsel needs additional time to meet with client to have the Plea Agreement executed.

The Defendant agrees to exclude time based on this continuance pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4].

Counsel for Defendant has spoken with Assistant U. S. Attorney, Jessica Massey, who has no objection to this continuance.

///

///

Dated: May 4, 2023.　　　　　　　　　　　　　Respectfully Submitted,

1

|  |  |
|---|---|
|  | LAW OFFICE OF MARK W. COLEMAN |
|  | /s/ MARK W. COLEMAN |
|  | MARK W. COLEMAN<br>Attorney for Defendant |
| Dated: May 4, 2023. | UNITED STATES ATTORNEY'S OFFICE |
|  | /s/ JESSICA MASSEY |
|  | JESSICA MASSEY<br>Assistant U.S. Attorney |

\* \* \* \* \* \* \* \* \* \*

## **ORDER**

**IT IS ORDERED** that the Change of Plea currently scheduled on May 8, 2023, at 10:00 a.m. is continued to **May 22, 2023, at 10:00 a.m.**.

The Court finds that good cause exists and the interest of justice outweigh the defendant and the public in a speedy trial based upon the need for defense preparation and because this continuance results from the defendant's request. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, the Court will exclude the time from May 8, 2023 through May 22, 2023 (18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4]).

IT IS SO ORDERED.

Dated:   **May 4, 2023**

UNITED STATES DISTRICT JUDGE