MARK W. COLEMAN #117306
LAW OFFICE OF MARK W. COLEMAN
2344 Tulare Street, Suite 200
Fresno, California 93721
P: (559) 552-8800
F: (559) 475-9328

Attorneys for Defendant
    EDUARDO CASTELLANOS

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          Plaintiff,<br><br>v.<br><br>EDUARDO CASTELLANOS,<br><br>                          Defendant. | Case No.: 1:22-CR-00244-JLT-SKO<br><br>**STIPULATION TO CONTINUE CHANGE OF PLEA HEARING AND ORDER**<br><br>Date:  May 22, 2023<br>Time: 10:00 a.m.<br>Judge: Jennifer L. Thurston |

**IT IS HEREBY STIPULATED** and agreed by and between attorneys for the respective clients that the Change of Plea hearing currently on calendar for May 22, 2023, at 10:00 a.m., be continued to June 20, 2023, at 10:00 a.m., or as soon thereafter as is convenient to the court's calendar.

This continuance is requested by counsel for Defendant due to the fact that counsel needs additional time to meet with client to have the Plea Agreement executed.

The Defendant agrees to exclude time based on this continuance pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4].

Counsel for Defendant has spoken with Assistant U. S. Attorney, Jessica Massey, who has no objection to this continuance.

///

///

Dated: May 18, 2023.                              Respectfully Submitted,

|  |  |
|---|---|
|  | LAW OFFICE OF MARK W. COLEMAN |
|  | /s/ MARK W. COLEMAN |
|  | MARK W. COLEMAN<br>Attorney for Defendant |
| Dated: May 18, 2023. | UNITED STATES ATTORNEY'S OFFICE |
|  | /s/ Jessica Massey |
|  | JESSICA MASSEY<br>Assistant U.S. Attorney |

\* \* \* \* \* \* \* \* \* \*

## **ORDER**

**IT IS ORDERED** that the Change of Plea currently scheduled on May 22, 2023, at 10:00 a.m. is continued to June 20, 2023**, at 10:00 a.m.,** and that time be excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4].

IT IS SO ORDERED.

Dated:   **May 18, 2023**

_[signature: Jennifer L. Thurston]_
UNITED STATES DISTRICT JUDGE