MARK W. COLEMAN #117306
LAW OFFICE OF MARK W. COLEMAN
2300 Tulare Street, Suite 300
Fresno, California 93721
P: (559) 552-8800
F: (559) 475-9328

Attorneys for Defendant
    EDUARDO CASTELLANOS

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>    v.<br><br>EDUARDO CASTELLANOS,<br><br>                    Defendant. | Case No.: 1:22-CR-00244-JLT-SKO<br><br>**STIPULATION TO CONTINUE CHANGE OF PLEA HEARING AND ORDER**<br><br>Date:   June 20, 2023<br>Time:  10:00 a.m.<br>Judge: Jennifer L. Thurston |

**IT IS HEREBY STIPULATED** and agreed by and between attorneys for the respective clients that the Change of Plea hearing currently on calendar for June 20, 2023, at 10:00 a.m., be continued to July 10, 2023, at 10:00 a.m., or as soon thereafter as is convenient to the court's calendar.

This continuance is requested by counsel for Defendant due to the fact that counsel needs additional time to meet with client to have the Plea Agreement executed.

The government asserts the discovery associated with this case has been provided. The government is aware of its ongoing discovery obligations.

Counsel for defendant desires additional time to consult with his client, to review the current charges, to conduct investigation and research related to the charges, to review and/or copy discovery for this matter, to discuss potential resolutions with his client, to prepare pretrial motions, and to otherwise prepare for trial.

Additionally, defense counsel had a murder preliminary hearing during the week of June 12,

2023, and has a pre-planned period of leave.

Counsel for defendant believes that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

The Defendant agrees to exclude time based on this continuance pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4].

Counsel for Defendant has spoken with Assistant U. S. Attorney, Kimberly Sanchez, who has no objection to this continuance.

Dated: June 15, 2023.           Respectfully Submitted,

                                LAW OFFICE OF MARK W. COLEMAN

                                /s/ MARK W. COLEMAN

                                MARK W. COLEMAN
                                Attorney for Defendant


Dated: June 15, 2023.           UNITED STATES ATTORNEY'S OFFICE

                                  /s/    /s/ KIMBERLY A. SANCHEZ

                                KIMBERLY SANCHEZ

                                Assistant U.S. Attorney

# ORDER

**IT IS ORDERED** that the Change of Plea currently scheduled on June 20, 2023, at 10:00 a.m. is continued to July 10, 2023**, at 10:00 a.m.,** and that time be excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4].

IT IS SO ORDERED.

Dated:   June 15, 2023

THE HONORABLE JENNIFER L. THURSTON
UNITED STATES DISTRICT JUDGE