MARK W. COLEMAN #117306
LAW OFFICE OF MARK W. COLEMAN
2300 Tulare Street, Suite 300
Fresno, California 93721
P: (559) 552-8800
F: (559) 475-9328

Attorneys for Defendant
    EDUARDO CASTELLANOS

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                     Plaintiff,<br><br>  v.<br><br>EDUARDO CASTELLANOS,<br><br>                     Defendant. | Case No.:  1:22-CR-00244-JLT-SKO<br><br>**STIPULATION TO CONTINUE CHANGE OF PLEA HEARING AND ORDER**<br><br>Date:  July 10, 2023<br>Time:  10:00 a.m.<br>Judge: Jennifer L. Thurston |

**IT IS HEREBY STIPULATED** and agreed by and between attorneys for the respective clients that the Change of Plea hearing currently on calendar for July 10, 2023, at 10:00 a.m., be continued to July 24, 2023, at 10:00 a.m., or as soon thereafter as is convenient to the court's calendar.

This continuance is requested by counsel for Defendant due to the fact that counsel is currently in Trial in the Fresno County Superior Court and counsel will be unavailable on Monday, July 10, 2023.

The Defendant agrees to exclude time based on this continuance pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4].

Counsel for Defendant has spoken with Assistant U. S. Attorney, Kimberly Sanchez, who has no objection to this continuance.

///

///

///

1

Dated: July 10, 2023.                    Respectfully Submitted,

                                            LAW OFFICE OF MARK W. COLEMAN

                                            /s/ MARK W. COLEMAN

                                            MARK W. COLEMAN
                                            Attorney for Defendant

Dated: July 10, 2023.                    UNITED STATES ATTORNEY'S OFFICE

                                            /s/  Kimberly Sanchez

                                            KIMBERLY SANCHEZ
                                            Assistant U.S. Attorney

\* \* \* \* \* \* \* \* \* \*

## **ORDER**

**IT IS ORDERED** that the Change of Plea currently scheduled on July 10, 2023, at 10:00 a.m. is continued to July 24, 2023**, at 10:00 a.m.,** and that time be excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4].

IT IS SO ORDERED.

    Dated:   **July 10, 2023**                    _____
                                                          UNITED STATES DISTRICT JUDGE