MARK W. COLEMAN #117306
LAW OFFICE OF MARK W. COLEMAN
2300 Tulare Street, Suite 300
Fresno, California 93721
P: (559) 552-8800
F: (559) 475-9328

Attorneys for Defendant
    EDUARDO CASTELLANOS

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>   v.<br><br>EDUARDO CASTELLANOS,<br><br>                      Defendant. | Case No.:  1:22-CR-00244-JLT-SKO<br><br>**STIPULATION TO CONTINUE SENTENCING AND ORDER**<br><br>Date:  October 16, 2023<br>Time:  10:00 a.m.<br>Judge: Jennifer L. Thurston |

**IT IS HEREBY STIPULATED** and agreed by and between attorneys for the respective clients that the Sentencing hearing currently on calendar for October 16, 2023, at 10:00 a.m., be continued to December 11, 2023, at 10:00 a.m., or as soon thereafter as is convenient to the court's calendar.

This continuance is requested by counsel for Defendant due to the fact that counsel is currently, and has been since August 22, 2023, in Trial in the Madera County Superior Court.  Counsel needs additional time to schedule and attend the Probation Interview with Defendant, and to prepare appropriate pre-sentencing documents.

The Defendant agrees to exclude time based on this continuance pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4].

Counsel for Defendant has spoken with Assistant U. S. Attorney, Kimberly Sanchez, who has no objection to this continuance.

///

1

Dated: September 25, 2023.               Respectfully Submitted,

                                          LAW OFFICE OF MARK W. COLEMAN

                                          /s/ MARK W. COLEMAN

                                          MARK W. COLEMAN
                                          Attorney for Defendant

Dated: September 25, 2023.               UNITED STATES ATTORNEY'S OFFICE

                                          /s/  Kimberly Sanchez

                                          _____
                                          KIMBERLY SANCHEZ
                                          Assistant U.S. Attorney

\* \* \* \* \* \* \* \* \* \*

## **ORDER**

**IT IS ORDERED** that the sentencing hearing currently scheduled on October 16, 2023, at 10:00 a.m. is continued to December 11, 2023 at 10:00 a.m.

IT IS SO ORDERED.

   Dated:    **September 25, 2023**                        _____
                                                           UNITED STATES DISTRICT JUDGE