MARK W. COLEMAN #117306
LAW OFFICE OF MARK W. COLEMAN
2300 Tulare Street, Suite 300
Fresno, California 93721
P: (559) 552-8800
F: (559) 475-9328

Attorneys for Defendant
        EDUARDO CASTELLANOS

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.:  1:22-CR-00244-JLT-SKO |
| ) | |
| Plaintiff, ) | **STIPULATION TO CONTINUE** |
| ) | **SENTENCING AND ORDER** |
| v. ) | |
| ) | Date:   December 11, 2023 |
| EDUARDO CASTELLANOS, ) | Time:  10:00 a.m. |
| ) | Judge: Jennifer L. Thurston |
| Defendant. ) | |

**IT IS HEREBY STIPULATED** and agreed by and between attorneys for the respective clients that the Sentencing hearing currently on calendar for December 11, 2023, at 10:00 a.m., be continued to January 8, 2023, at 10:00 a.m., or as soon thereafter as is convenient to the court's calendar.

This continuance is requested by counsel for Defendant due to the fact that counsel is currently, and has been since August 22, 2023, in Trial in the Madera County Superior Court.  Counsel needs additional time to schedule and attend the Probation Interview with Defendant, and to prepare appropriate pre-sentencing documents.

Counsel for Defendant has spoken with Assistant U. S. Attorney, Kimberly Sanchez, who has no objection to this continuance.

///

///

///

1

Dated: October 17, 2023.                    Respectfully Submitted,

                                            LAW OFFICE OF MARK W. COLEMAN

                                            /s/ MARK W. COLEMAN

                                            MARK W. COLEMAN
                                            Attorney for Defendant

Dated: October 17, 2023.                    UNITED STATES ATTORNEY'S OFFICE

                                            /s/ Kimberly Sanchez

                                            _____
                                            KIMBERLY SANCHEZ
                                            Assistant U.S. Attorney

                        * * * * * * * * * *

# **ORDER**

    **IT IS ORDERED** that the Change of Plea currently scheduled on December 11, 2023, at 10:00 a.m. is continued to January 8, 2024, **at 10:00 a.m**.


IT IS SO ORDERED.

   Dated:   **October 17, 2023**

                                            UNITED STATES DISTRICT JUDGE