MARK W. COLEMAN #117306
LAW OFFICE OF MARK W. COLEMAN
2300 Tulare Street, Suite 300
Fresno, California 93721
P: (559) 552-8800
F: (559) 475-9328

Attorneys for Defendant
　　　　EDUARDO CASTELLANOS

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>EDUARDO CASTELLANOS,<br><br>　　　　　　　　　　Defendant. | Case No.: 1:22-CR-00244-JLT-SKO<br><br>**STIPULATION TO CONTINUE SENTENCING AND ORDER**<br><br>Date: April 29, 2024<br>Time: 9:00 a.m.<br>Judge: Jennifer L. Thurston |

　　**IT IS HEREBY STIPULATED** and agreed by and between attorneys for the respective clients that the Sentencing hearing currently on calendar for April 29, 2024, at 9:00 a.m., be continued to May 20, 2024, at 9:00 a.m., or as soon thereafter as is convenient to the court's calendar.

　　This continuance is requested by counsel for Defendant due to the fact that counsel has a scheduling conflict, in that he will be out of State on the day the Sentencing in currently scheduled.

　　Counsel for Defendant has spoken with Assistant U. S. Attorney, Kimberly Sanchez, who has no objection to this continuance.

///

///

///

///

| | |
|---|---|
| Dated: April 15, 2024. | Respectfully Submitted, |
| | LAW OFFICE OF MARK W. COLEMAN |
| | /s/ MARK W. COLEMAN |
| | MARK W. COLEMAN<br>Attorney for Defendant |
| Dated: April 15, 2024. | UNITED STATES ATTORNEY'S OFFICE |
| | /s/ Kimberly Sanchez |
| | KIMBERLY SANCHEZ<br>Assistant U.S. Attorney |

\* \* \* \* \* \* \* \* \* \*

## **ORDER**

**IT IS ORDERED** that the Sentencing currently scheduled on April 29, 2024, at 9:00 a.m. is continued to May 20, 2024**, at 9:00 a.m**.

**IT IS SO ORDERED.**

**Dated: April 16, 2024**

**HONORABLE JENNIFER L. THURSTON**
**UNITED STATES DISTRICT JUDGE**